UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHIVA STEIN, | : |
| | : |
| Plaintiff, | : Civ. No. 19-cv-07738-GBD |
| | : |
| v. | : |
| | : |
| TOWER INTERNATIONAL, INC., THOMAS K. BROWN, JAMES CHAPMAN, ALISON DAVIS-BLAKE, FRANK E. ENGLISH, JR., JAMES C. GOUIN, DEV KAPADIA, MARK MALCOLM, TIGER MERGER SUB, INC., and AUTOKINITON US HOLDINGS, INC., , | : |
| Defendants. | : |

---

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  October 8, 2019                             Respectfully submitted,

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

/s *Gloria Kui Melwani*
Gloria Kui Melwani (GM5661)
270 Madison Avenue
New York, New York 10016
Tel:  (212) 545-4600

        Fax: (212) 686-0114
        Email:  melwani@whafh.com
        *Attorneys for Plaintiff*